


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| LEE GRAVIER BASSINGER, JR. (1)<br>KEVIN SCOTT GUNNIP (2) | 3-22CR0263-K |

# INDICTMENT

The Grand Jury charges:

### Introduction

At times material to this Indictment:

1. 18 U.S.C. § 922(a)(1)(A) makes it a crime for anyone to be in the business of dealing in firearms without a federal license.

2. The term "firearm" means any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term "firearm" also includes the frame or receiver of any such weapon, or any firearm muffler or firearm silencer, or destructive device.

3. A person is "engaged in the business of selling firearms at wholesale or retail," if that person devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms. Such term does not include a person who makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of that person's personal

collection of firearms. Selling firearms, however, does not have to be the person's primary business or job.

4. The term "with the principal objective of livelihood and profit" means that the intent underlying the sale or disposition of firearms is predominantly one of obtaining livelihood and pecuniary gain, as opposed to other intents, such as improving or liquidating a personal firearms collection. "Livelihood" includes both making a living and supplementing one's income. It is not necessary, however, to prove that the person actually made a profit, so long as the person's principal objective was a pecuniary interest.

5. It is not necessary to prove that the person had actual knowledge of the federal licensing requirement, but knowledge that the conduct is unlawful is required.

6. 18 U.S.C. § 371 makes it a crime for two or more persons to conspire to commit an offense against the laws of the United States. A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member of the conspiracy becomes the agent of every other member.

Count One
Conspiracy to Deal in Firearms Without a License
(Violation of 18 U.S.C. § 371)

7. On or about March 15, 2017, and continuing through on or about December 6, 2018, in the Dallas Division of the Northern District of Texas, and elsewhere, **Lee Gravier Bassinger, Jr.** and **Kevin Scott Gunnip**, the defendants, did knowingly, intentionally, and unlawfully conspire and agree together and with each other, and with other persons both known and unknown to the Grand Jury, to commit a certain offense against the United States, that is, Dealing in Firearms Without a License, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(d).

Object of the Conspiracy

8. It was part of the conspiracy that **Bassinger** and **Gunnip** discussed and planned with each other the dealing of firearms for profit through the repetitive purchase and resale of firearms without a federal license.

Manner and Means of the Conspiracy

9. It was part of the conspiracy that **Bassinger** and **Gunnip** formulated a plan and agreement which, among other things, included:

    a. the dealing of firearms without a federal license;

    b. the selection of the type of firearms to be sold;

    c. the purchase of firearms from licensed firearms dealers to be resold; and

    d. the resale of the firearms to others for profit.

Overt Acts in Furtherance of the Conspiracy

10.     In furtherance of the conspiracy, and to accomplish the object of the conspiracy, the following overt acts, among others, were committed:

a.      On or about March 15, 2017, **Gunnip** purchased approximately 14 Colt firearms from Licensed Dealer 1 to be resold, to include: a Colt, model Government, .38 Super caliber pistol, serial number 38SS09132; and a Colt, model Government, .38 Super caliber pistol, serial number 38SS09364.

b.      On or about March 20, 2017, **Bassinger** and **Gunnip** acquired from Licensed Dealer 2 the 14 firearms purchased by **Gunnip** from Licensed Dealer 1 on March 15, 2017 (**Bassinger** acquiring nine of the firearms and **Gunnip** acquiring the remaining five), and **Bassinger** specifically acquired the Colt, model Government, .38 Super caliber pistol, serial number 38SS09132, and the Colt, model Government, .38 Super caliber pistol, serial number 38SS09364.

c.      On or about November 1, 2018, **Gunnip** sold the Colt, model Government, .38 Super caliber pistol, serial number 38SS09364, to an undercover Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agent (hereinafter "Undercover ATF Agent Y"). (This firearm was purchased by **Gunnip** from Licensed Dealer 1 on March 15, 2017, and it was acquired by **Bassinger** from Licensed Dealer 2 on March 20, 2017.)

d.      On or about November 26, 2018, **Bassinger** sold the Colt, model Government, .38 Super caliber pistol, serial number 38SS09132, to Undercover ATF Agent Y. (This firearm was purchased by **Gunnip** from Licensed Dealer 1 on March 15, 2017, and it was acquired by **Bassinger** from Licensed Dealer 2 on March 20, 2017.)

e.  On or about September 13, 2017, **Bassinger** contacted Person A via email to manufacture a fraudulent label for a Colt, model El Presidente, .38 Super caliber pistol, serial number EP165, to increase its resale value, and on or about September 22, 2017, Person B acquired the firearm from Licensed Dealer 3.

f.  On or about November 4, 2017, **Gunnip** established Instagram account "38 Superman" to advertise firearms that he had for sale.

g.  On or about April 19, 2018, **Bassinger** purchased 12 Colt firearms from Licensed Dealer 1 to be resold.

h.  On or about April 28, 2018, **Bassinger** acquired 13 Colt firearms from Licensed Dealer 3, and **Bassinger** sold five of these firearms to Person C and three to Person D the same day, documenting the firearm sales on receipts identifying "Classic Colt Firearms"—**Bassinger's** formerly licensed firearms dealer—as the seller. (Of the 13 firearms acquired from Licensed Dealer 3, 12 were purchased by **Bassinger** from Licensed Dealer 1 on April 19, 2018.)

i.  On or about May 21, 2018, **Gunnip** sold multiple firearms for $34,500 to Person E, who paid with check number 9406917346.

j.  On or about June 7, 2018, **Gunnip** sold multiple firearms for $53,000 to Person E, who paid with check number 9852227407.

k.  On or about June 26, 2018, **Gunnip** sold multiple firearms for $25,000 to Person E, who paid with check number 2848.

l.  On or about July 26, 2018, **Gunnip** sold multiple firearms for $52,000 to Person E, who paid with check number 2882.

m.      On or about October 10, 2018, **Gunnip** sold one or more firearms for $6,000 to Person E, who paid with check number 2929.  (In total, between May 21, 2018, and October 10, 2018, **Gunnip** sold approximately 25 firearms to Person E for $170,500.)

n.      On or about September 22-23, 2018, **Bassinger** and **Gunnip** operated a booth selling firearms at the Dallas Market Hall Gun Show in Dallas, Texas, and they advertised: "We Buy Colt 38 Supers"—an advertisement depicting a pistol.

o.      On or about September 23, 2018, **Bassinger** and **Gunnip**—while operating a booth selling firearms at the Dallas Market Hall Gun Show—sold a Colt, model Government, .38 Super caliber pistol, serial number 38SS09096, to Undercover ATF Agent Y.

p.      On or about September 21, 2018, **Gunnip** acquired a Colt, model El Rey, .38 Super caliber pistol, serial number ELR140, from Licensed Dealer 3 to be resold.  (This firearm was listed for sale—priced at $6,900—on the "Dallas Gun Show List.")

q.      On or about September 18, 2018, **Gunnip** purchased a Colt, model Mexican Heritage, .38 Super caliber pistol, serial number MRE156, from Licensed Dealer 4 to be resold.  (This firearm was listed for sale—priced at $4,900—on the "Dallas Gun Show List.")

r.      On or about September 24, 2018, Person B acquired the Colt, model Mexican Heritage, .38 Super caliber pistol, serial number MRE156, from Licensed

Dealer 3. (This firearm was purchased by **Gunnip** from Licensed Dealer 4 on September 18, 2018.)

s.   On or about October 8, 2018, **Gunnip** completed an application for firearms dealer's insurance.

t.   On or about November 14, 2018, **Bassinger** telephoned an undercover ATF agent (hereinafter "Undercover ATF Agent Z") and left a message identifying himself as associated with "Classic Colt Firearms" and that he had multiple firearms available for sale.

u.   On or about November 15, 2018, **Bassinger** text messaged Undercover ATF Agent Z photographs of two Colt firearms that **Bassinger** had for sale.

v.   On or about November 20, 2018, **Bassinger** sold a Colt, model 1991A1, .38 Super caliber pistol, serial number 2934454, to Undercover ATF Agent Z.

w.   On or about November 26, 2018, **Gunnip** sold a Colt, model Government Special (Lew Horton Edition), .38 Super caliber pistol, serial number 38SS06427, to Undercover ATF Agent Y.

In violation of 18 U.S.C. § 371.

## Count Two
### Dealing in Firearms Without a License; Aiding and Abetting
(Violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(d), and 2)

11. On or about March 15, 2017, and continuing through on or about December 6, 2018, in the Dallas Division of the Northern District of Texas, and elsewhere, **Lee Gravier Bassinger, Jr.** and **Kevin Scott Gunnip**, the defendants, not being licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, aiding and abetting one another, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(d), and 2.

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

12. Upon conviction for any offense alleged in Counts One and Two of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), **Lee Gravier Bassinger, Jr.** and **Kevin Scott Gunnip**, the defendants, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including, but not limited to, the following:

a. a Colt, model Officers ACP, .38 Super caliber pistol, serial number ELCAP042;

b. a Colt, model Officers ACP, .38 Super caliber pistol, serial number ELCAP125;

c. a Colt, model Custom Government, .38 Super caliber pistol, serial number ELCEN5728;

d. a Colt, model El Jefe, .38 Super caliber pistol, serial number ELJEFE506;

e. a Colt, model El Comandante, .38 Super caliber pistol, serial number ELCO111;

f. a Colt, model El Matadore, .38 Super caliber pistol, serial number ELMO5S;

g. a Colt, model El Senador, .38 Super caliber pistol, serial number ELS01HS;

h. a Colt, model Custom Government, .38 Super caliber pistol, serial number ELCEN6205;

i. a Colt, model Government, .38 Super caliber pistol, serial number 38SS03228;

j. a Colt, model Government, .38 Super caliber pistol, serial number 38SS03700;

k. a Colt, Talo Rose Gold, .38 Super caliber pistol, serial number MRE081;

| | |
|---|---|
| l. | a Colt, model El Potro, .38 Super caliber pistol, serial number EPT203; |
| m. | a Colt, model Government, .38 Super caliber pistol, serial number ELT11S; |
| n. | a Colt, model Government, .38 Super caliber pistol, serial number CMX0092; |
| o. | a Colt, model El Grito, .38 Super caliber pistol, serial number MHC0012; |
| p. | a Colt, model Emiliano Zapata, .38 Super caliber pistol, serial number EZP0048; |
| q. | a Colt, model Government, .38 Super caliber pistol, serial number DBJ001; |
| r. | a Colt, model Government, .38 Super caliber pistol, serial number 0109DOD; |
| s. | a Colt, model National Match, .38 Super caliber pistol, serial number NMS0011; |
| t. | a Colt, model National Match, .38 Super caliber pistol, serial number NMS0012; |
| u. | a Colt, model Lightweight Comm, .38 Super caliber pistol, serial number CU05719E; |
| v. | a Colt, model Panther, .38 Super caliber pistol, serial number PNTHR0207; |
| w. | a Colt, model Lightweight Comm, .38 Super caliber pistol, serial number CU6211E; |
| x. | a Colt, model Government, .38 Super caliber pistol, serial number EP039; |
| y. | a Colt, model Government, .38 Super caliber pistol, serial number ELJEFE035; |
| z. | a Colt, model Government, .38 Super caliber pistol, serial number EP040; |
| aa. | a Colt, model Lightweight Comm, .38 Super caliber pistol, serial number CU03403E; |
| bb. | a Colt, model Government, .38 Super caliber pistol, serial number 2937297; |

cc.      a Colt, model Government, .38 Super caliber pistol, serial number MHE298;

dd.      a Colt, model Government, .38 Super caliber pistol, serial number AZC0119;

ee.      a Colt, model Government, .38 Super caliber pistol, serial number AZC00295;

ff.      a Colt, model Custom Government, unknown caliber pistol, serial number REE075;

gg.      a Colt, model Government, .38 Super caliber pistol, serial number 2824337;

hh.      a Colt, model El Patron, .38 Super caliber pistol, serial number ELPAT056;

ii.      a Colt, model Government, .38 Super caliber pistol, serial number AJW055;

jj.      a Colt, model Lightweight Comm, .38 Super caliber pistol, serial number CU05642E;

kk.      a Colt, model El Cabo, .38 Super caliber pistol, serial number ELC06S;

ll.      a Colt, model El Jefe, .38 Super caliber pistol, serial number ELJFS179;

mm.      a Colt, model El Jefe, .38 Super caliber pistol, serial number ELJFS123;

nn.      a Colt, model Day Of The Dead, .38 Super caliber pistol, serial number 0005DOD;

oo.      a Colt, model Custom Government, .38 Super caliber pistol, serial number MRE156;

pp.      a Colt, model Government, .38 Super caliber pistol, serial number TIGER0063;

qq.      a Colt, model El Presidente, .38 Super caliber pistol, serial number EPO56;

rr.      a Colt, model MKIV, .38 Super caliber pistol, serial number ELC0042;

ss.      a Colt, model Jefe De Jefe, .38 Super caliber pistol, serial number ELCEN5120;

tt.  a Colt, model El Soldado, .38 Super caliber pistol, serial number ELSAL01S;

uu.  a Colt, model Aztec Jaguar, .38 Super caliber pistol, serial number REE009;

vv.  a Colt, model El General, .38 Super caliber pistol, serial number 5STAR0045;

ww.  a Colt, model Aztec Jaguar, .38 Super caliber pistol, serial number REE045;

xx.  a Colt, model Aztec Jaguar, .38 Super caliber pistol, serial number AJW042;

yy.  a Colt, model Government, .38 Super caliber pistol, serial number 2936387;

zz.  a Colt, model Government, .38 Super caliber pistol, serial number AJW003;

aaa.  a Colt, model Day Of The Dead, .38 Super caliber pistol, serial number 0072DOD;

bbb.  a Colt, model El Jefe, .38 Super caliber pistol, serial number ELCEN5737;

ccc.  a Colt, model El General, .38 Super caliber pistol, serial number 5STAR0185;

ddd.  a Colt, model Emiliano Zapata, .38 Super caliber pistol, serial number 0009EZS;

eee.  a Colt, model El Capitan, .38 Super caliber pistol, serial number ELCAP035;

fff.  a Colt, model Government, .38 Super caliber pistol, serial number MRE040;

ggg.  a Colt, model El Capitan, .38 Super caliber pistol, serial number 5STAR0131;

hhh.  a Colt, model Government, .38 Super caliber pistol, serial number MRE086;

iii.  a Colt, model El Presidente, .38 Super caliber pistol, serial number EP007P;

jjj.  a Colt, model El Jefe, .38 Super caliber pistol, serial number ELJFS023;

kkk.      a Colt, model Panther, .38 Super caliber pistol, serial number PNTHR0206;

lll.      a Colt, model El Jefe, .38 Super caliber pistol, serial number ELJFS10S;

mmm.      a Colt, model El Potro, .38 Super caliber pistol, serial number EPT195;

nnn.      a Colt, model El Patron, .38 Super caliber pistol, serial number ELPAT323;

ooo.      a Colt, model Officers ACP, unknown caliber pistol, serial number ELCAP166;

ppp.      a Colt, model Government, .38 Super caliber pistol, serial number MHE015;

qqq.      a Colt, model P1841FB, .45 caliber revolver, serial number S25349A;

rrr.      a Colt, model El Rey, .38 Super caliber pistol, serial number ELR015;

sss.      a Colt, model El Obra Maestra, .38 Super caliber pistol, serial number ELOM001;

ttt.      a Colt, model El Soldado, .38 Super caliber pistol, serial number ELSAL180;

uuu.      a Colt, model El Sargento, .38 Super caliber pistol, serial number ELS208;

vvv.      a Colt, model Government, .38 Super caliber pistol, serial number ELTEN061;

www.      a Colt, model El Dorado, .38 Super caliber pistol, serial number ELDOR516;

xxx.      a Colt, model El Dorado, .38 Super caliber pistol, serial number ELDOR013;

yyy.      a Colt, model Government, .38 Super caliber pistol, serial number ELEMB111;

zzz.      a Colt, model El Aguila, .38 Super caliber pistol, serial number ELAG079;

aaaa.      a Colt, model El Aguila, .38 Super caliber pistol, serial number ELAG135;

| | |
|---|---|
| bbbb. | a Colt, model El Toro, .38 Super caliber pistol, serial number ELT001; |
| cccc. | a Colt, model El Campeon, .38 Super caliber pistol, serial number CHAMP0222; |
| dddd. | a Colt, model El Centauro, .38 Super caliber pistol, serial number ELCEN0210; |
| eeee. | a Colt, model El Coronel, .38 Super caliber pistol, serial number ECL389; |
| ffff. | a Colt, model El Soldado, .38 Super caliber pistol, serial number ELSAL181; |
| gggg. | a Colt, model El Cabo, .38 Super caliber pistol, serial number ELCABO149; |
| hhhh. | a Colt, model Government, .38 Super caliber pistol, serial number ELTEN298; |
| iiii. | a Colt, model El General, .38 Super caliber pistol, serial number ELG001; |
| jjjj. | a Colt, model El Cabelero, .38 Super caliber pistol, serial number ECB486; |
| kkkk. | a Colt, model El Obra Maestra, .38 Super caliber pistol, serial number EL0M120; |
| llll. | a Colt, model El Obra Maestra, .38 Super caliber pistol, serial number EL0M121; |
| mmmm. | a Colt, model El Senador, .38 Super caliber pistol, serial number ELS001H; |
| nnnn. | a Colt, model El Rey, .38 Super caliber pistol, serial number ELR140; |
| oooo. | a Colt, model El Offcial, .38 Super caliber pistol, serial number EL0F363; |
| pppp. | a Colt, model Gold Cup Natl Match, .45 caliber pistol, serial number RSG215; |
| qqqq. | a Colt, model Gold Cup Natl Match, .45 caliber pistol, serial number SN3856E; |
| rrrr. | a Colt, model Night Defender, .45 caliber pistol, serial number NDF1964; |

ssss.    a Colt, model Defender, .45 caliber pistol, serial number DR73861;

tttt.    a Colt, model 1991A1, .45 caliber pistol, serial number 2889200;

uuuu.    a Colt, model Government, .38 Super caliber pistol, serial number 2934215;

vvvv.    a Colt, model Government, .38 Super caliber pistol, serial number 38SS09140;

wwww.    a Colt, model Government, .38 Super caliber pistol, serial number 38SS08244;

xxxx.    a Colt, model Government, .38 Super caliber pistol, serial number 2928521;

yyyy.    a Colt, model Cobra, .38 caliber revolver, serial number RA531217;

zzzz.    a Colt, model Cobra, .38 caliber revolver, serial number RA542319;

aaaaa.   a Colt, model 1911A1, unknown caliber, serial number 2889371;

bbbbb.   a Colt, model Commander, .45 caliber pistol, serial number CCD242;

ccccc.   a Colt, model Government, .38 Super caliber pistol, serial number ELS340H;

ddddd.   a Colt, model Government, .38 Super caliber pistol, serial number 38SCG0807;

eeeee.   a Colt, model Commander, .45 caliber pistol, serial number RCC0022;

fffff.   a Colt, model Gold Cup Commander, .45 caliber pistol, serial number GCC0291;

ggggg.   a Colt, model Combat Commander, .45 caliber pistol, serial number 80BS10316;

hhhhh.   a Colt, model MKIV, .45 caliber pistol, serial number UOM110;

iiiii.   a Colt, model Elite IX, 9 millimeter pistol, serial number IX108;

| | |
|---|---|
| jjjjj. | a Colt, model El Senador, .38 Super caliber pistol, serial number ELS016H; |
| kkkkk. | a Colt, model Gold Cup Natl Match, .45 caliber pistol, serial number NMR085; |
| lllll. | a Colt, model Ultimate Commando, .45 caliber pistol, serial number UCC152; |
| mmmmm. | a Colt, model MKIV, .38 Super caliber pistol, serial number SG03579E; |
| nnnnn. | a Colt, model MKIV, .38 Super caliber pistol, serial number CEO2478E; |
| ooooo. | a Colt, model MKIV, .45 caliber pistol, serial number SS16952E; |
| ppppp. | a Colt, model Gold Cup Natl Match, .45 caliber pistol, serial number SN05783E; |
| qqqqq. | a Colt, model Gold Cup Natl Match, .45 caliber pistol, serial number GCC0011; |
| rrrrr. | a Colt, model Government, .45 caliber pistol, serial number C48499; |
| sssss. | a Colt, model unknown, .357 caliber revolver, serial number 346823; |
| ttttt. | a Colt, model New Service, .357 caliber revolver, serial number 345506; |
| uuuuu. | a Colt, model New Service, .44 caliber revolver, serial number 315697; |
| vvvvv. | a Colt, model New Service, .38 caliber revolver, serial number 335267; |
| wwwww. | a Colt 22 Conversion Upper; |
| xxxxx. | a Colt, model New Service, .44-40 caliber revolver, serial number 337423; |
| yyyyy. | a Colt, model New Service, .38-40 caliber revolver, serial number 149371; |
| zzzzz. | a Colt, model New Service, .45 caliber revolver, serial number 336875; |

| | |
|---|---|
| aaaaaa. | a Colt, model Camp Perry, .22 caliber revolver, serial number 955; |
| bbbbbb. | a Colt, model New Service, .45 caliber revolver, serial number 330265; |
| cccccc. | a Colt, model New Service, .45 caliber revolver, serial number 330369; |
| dddddd. | a Colt, model SAA, .45 caliber revolver, serial number 0347; |
| eeeeee. | a Colt, model SAA, .45 caliber revolver, serial number S38270A; |
| ffffff. | a Colt, model SAA, .45 caliber revolver, serial number 318170A4; |
| gggggg. | a Colt, model SAA, .45 caliber revolver, serial number S25439A; |
| hhhhhh. | a Colt, model SAA, .45 caliber revolver, serial number S13088A; |
| iiiiii. | a Colt, model SAA, .45 caliber revolver, serial number S44053A; |
| jjjjjj. | a Colt, model SAA, .45 caliber revolver, serial number SAMPLER0346; |
| kkkkkk. | a Colt, model SAA, .45 caliber revolver, serial number S45658A; |
| llllll. | a Colt, model Pocket Positive, .32 caliber revolver, serial number 134135; |
| mmmmmm. | a Colt, model Pocket Positive, .32 caliber revolver, serial number 88585; |
| nnnnnn. | a Colt, model Pocket Positive, .32 caliber revolver, serial number 100161; |
| oooooo. | a Colt, model Pocket Positive, .32 caliber revolver, serial number 128069; |
| pppppp. | a Colt, model Pocket Positive, .32 caliber revolver, serial number 129858; |
| qqqqqq. | a Colt, model New Service, .38 caliber revolver, serial number 332611; |

rrrrrr. a Colt, model SAA, .44-40 caliber revolver, serial number S16879A;

ssssss. a Colt, model SAA, .45 caliber revolver, serial number S17659A;

tttttt. a Colt, model Government, .45 caliber pistol, serial number 2937562;

uuuuuu. a Colt, model Defender, .45 caliber pistol, serial number DR74827;

vvvvvv. a Colt, model Government, .45 caliber pistol, serial number 2937628;

wwwwww. a Colt, model Cobra, .38 caliber revolver, serial number RA537355; and

xxxxxx. any ammunition recovered with the firearms.

A TRUE BILL:

_____
FOREPERSON


CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
GARY C. TROMBLAY
Assistant United States Attorney
Louisiana Bar Roll No. 22665
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Email: gary.tromblay@usdoj.gov


_____
BRIAN MCKAY
Assistant United States Attorney
Texas Bar No. 24046395
Email: brian.mckay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LEE GRAVIER BASSINGER, JR. (1)
KEVIN SCOTT GUNNIP (2)

INDICTMENT

18 U.S.C. § 371
Conspiracy to Deal in Firearms Without a License
(Count 1)

18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(d), and 2
Dealing in Firearms Without a License; Aiding and Abetting
(Count 2)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____    _____
DALLAS                                                                  FOREPERSON

Filed in open court this 6th day of July, 2022.

_____
Summons to Issue

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending